SUZANNE B. KETCHAM, Appellant, *v.* GEORGE D. PROVOST et al., Respondents.

*Ketcham* v. *Provost,* 156 App. Div. 477, affirmed.
(Argued April 20, 1915; decided May 4, 1915.)

APPEAL from a judgment, entered May 26, 1913, upon an order of the Appellate Division of the Supreme Court

in the first judicial department reversing an interlocutory judgment of Special Term and directing a dismissal of the complaint in an action to recover possession of certain securities and for an accounting. Defendants alleged, as a defense, that all of the securities mentioned in the complaint were deposited with them as collateral for the account of the plaintiff and also for the account of her husband, who, at the time of the deposit thereof, was the owner of the same; that they held the same as collateral security for the indebtedness due them upon such two accounts.

*Barclay E. V. McCarty* for appellant.

*Roger Forster* and *Henry B. Ketcham* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.